SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X

VLADIMIRA KOCH a/k/a VLADKA, KOCH
MICHAL KOCH, her son,
EUROPA DOCU-SEARCH, INC.,
EUROVID, INC., EUROVID FKK,
HELIOS NATURA, EUROPA DOUC-
SEARCH, s.r.o EUROVIDFKK, s.r.o,

               Plaintiffs,

VRATISLAV PECHOTA, Jr. ESQ individually
and LAW OFFICE OF VRATISLAV PECHOTA, JR., ESQ.

               Defendants.
-------------------------------------------------------------------X

Date Purchased 11/2/10

NEW YORK
COUNTY CLERK'S OFFICE
101156 53
SUMMONS
NOV 2 2010

NOT COMPARED
WITH COPY FILE

PLAINTIFF DESIGNATES
New York County as
The Place of trial.
The basis of venue
is CPLR 509

County of New York

**TO THE ABOVE NAMED DEFENDANT:**

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorney within 20 days after the service of the summons, exclusive of the day of service (or within 30 days after service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
       December 2, 2010

NEW YORK
COUNTY CLERK'S OFFICE

DEC -8 2010

NOT COMPARED
WITH COPY FILE

Jaromir Kovarik, Esq.
KTHL Law Offices, P.C.
14 Wall Street, 20th Floor
New York, NY 10005
(212) 618-1225

NOTICE: The relief sought is money damages in Fraud, Professional Malpractice, Breach of Fiduciary Duty, and Breach of Contract. Upon your failure to appear, judgment will be taken against you by default for a sum in excess of the jurisdiction of all lower courts, as determined by the Court along with interest and the costs of this action.

SUPREME COURT OF THE STATE OF NEW YORK  Index No. 101/5653
COUNTY OF NEW YORK

VLADIMIRA KOCH, a/k/a VLADKA KOCH,
MICHAL KOCH, her son, EUROPA DOCU-SEARCH, INC., EUROVID, INC.,
EUROVID FKK, HELIOS NATURA, EUROPA DOUC-SEARCH, s.r.o.,
EUROVIDFKK, s.r.o.

                    Plaintiffs,

-Against-

VRATISLAV PECHOTA, JR. ESQ individually and LAW OFFICE OF
VRATISLAV PECHOTA, JR., ESQ.

                    Defendants.

## SUMMONS

*To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of Rules of the Chief Administrator (22NYCRR)*

Dated: 12/2/2010

JAROMIR KOVARIK, ESQ.
Attorney for Plaintiffs
KTHL Law Offices, P.C.
14 Wall Street, 20th Floor
New York, NY 10005
Tel. (212) 618-1225   Fax: (212) 618-1226
c/o 412 Chestnut Street, Suite 100
Lebanon, PA 17042-6139
Tel. (717) 272-6725   Fax: (717) 272-9741